# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

CARLTON VAN SCOTT,   No. CIV S-08-1020-MCE-CMK-P

    Petitioner,

  vs.   ORDER

SISTO,

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for default (Doc. 15).  Petitioner's motion states that because respondent did not file a response to his petition, judgment should be entered in his favor and he should be released from prison.

    A default may only be entered against a party if that party has failed to file a responsive pleading.  See Rule 55, Federal Rules of Civil Procedure.  Here, respondent filed a response to the petition by way of a motion to dismiss (Doc. 14).  In the motion to dismiss, respondent alleges this case should be dismissed as it was filed after the expiration of the statute of limitations on his claims challenging his 1987 conviction.  A motion to dismiss is an

1

acceptable response to a court's order requiring a response to a habeas petition. See Rule 4, Federal Rules Governing Section 2254 Cases. As respondent has properly responded to the petition, petitioner's motion must be denied.

Petitioner is informed that his response in opposition, if any, to the pending motion to dismiss is to be served and filed with the court not more than 18 days, plus three days for mailing, after the date of service of the motion. See Local Rule 78-230(m). Respondent's motion was served on petitioner by mail on October 7, 2008.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for default (Doc. 15) is denied.

DATED: October 16, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE