IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON VAN SCOTT, | No. CIV S-08-1020-MCE-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| SISTO, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 21, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.[1]

---

[1] Plaintiff raises for the first time in his objections that the court should entertain the possibility that he is entitled to equitable tolling. However, he provides no grounds on which the court can evaluate his claim for equitable tolling. At best he claims he should be entitled to equitable tolling due to his illiteracy. However, Petitioner's inarticulate claim of illiteracy is

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 21, 2009, are adopted in full;

2. Respondent's motion to dismiss (Doc. 14) is granted;

3. Petitioner's claims in his petition challenging his 1987 conviction are dismissed and this action will proceed on the claims challenging the 2006 parole denial only; and

4. Respondent is ordered to respond to Petitioner's surviving claims within 30 days of the date of this order.

Dated: June 25, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

insufficient to entitled him to over 10 years of tolling.