IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON VAN SCOTT,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>D. K. SISTO, Warden, California State Prison, Solano,<br><br>　　　　　Respondent. | No. 2:08-cv-01020-JKS<br><br>ORDER TO<br>SUPPLEMENT THE RECORD |

　　　　At Docket No. 26, Respondent filed his answer to the Petition. The answer purported to have attached the record of the proceedings before the state courts. The transcript of the April 11, 2006, proceeding before the California Board of Parole Hearings attached to the Answer as part of Exhibit 3 is incomplete in that pages 40 through 42, inclusive, are missing.[1] Accordingly,

　　　　**IT IS HEREBY ORDERED THAT**, within 21 days of date of the service of this Order, Respondent must file with the Clerk of the Court a complete copy of the Decision of the Board of Parole Hearings, consisting of pages 38 through 42, inclusive, of the Transcript of the April 11, 2006, Proceeding before the Board of Parole Hearings.

Dated: October 26, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] *See* Docket No. 26-2, pp. 197-99.